UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN LOPEZ-GABRIEL,<br><br>    Defendant. | Case No. 11CR2702-H<br><br>ORDER DENYING PETITION FOR WRIT OF ERROR CORAM NOBIS WITHOUT PREJUDICE |

Pending before the Court is a petition for writ of error coram nobis ("petition") filed by Defendant Juan Lopez-Gabriel ("Defendant"). (Doc. No. 34.) Federal Defenders of San Diego, Inc. ("Federal Defenders") filed the petition on the Defendant's behalf in light of Federal Defenders' appointment in the Defendant's other criminal case in United States v. Lopez-Gabriel, S.D. Cal. Case No. 16-CR-0487-W.[1] The petition was filed in this closed criminal case. Accordingly, the Court denies without prejudice the Defendant's petition in this closed criminal case. The Defendant is free file the petition in a new civil case. See Korematsu v. United States, 584 F. Supp. 1406, 1412 (N.D. Cal. 1984) ("[P]etitions for a writ of coram nobis should be treated in

---

[1] S.D. Cal. Case No. 16-CR-0487-W is assigned to the Honorable Thomas J. Whelan.

-1-

a manner similar to [28 U.S.C.] § 2255 habeas corpus petitions.") (citing <u>United States v. Taylor</u>, 648 F.2d 565, 573 (9th Cir. 1981)); <u>see also</u> <u>Trenkler v. United States</u>, 536 F.3d 85, 95 (1st Cir. 2008) ("[W]e hold that coram nobis proceedings are appealable as civil matters").

IT IS SO ORDERED.

DATED: August 8, 2017

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE